**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | | |
|---|---|---|
| **ANNIE B. POWELL,** | ) | |
| Plaintiff, | ) ) | Case No. CV 12-11044 AJW |
| v. | ) ) | **J U D G M E N T** |
| **CAROLYN W. COLVIN,** **Acting Commissioner of the Social Security Administration,** | ) ) ) ) | |
| Defendant. | ) ) | |

**IT IS ADJUDGED** that defendant's decision is **affirmed**.

December 19, 2013

_____
ANDREW J. WISTRICH
United States Magistrate Judge